**DISMISS and Opinion Filed January 23, 2023**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00524-CV**

**IN THE INTEREST OF C.A. AND B.A., CHILDREN**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-22-04776**

## MEMORANDUM OPINION
Before Justices Carlyle, Miskel, and Garcia
Opinion by Justice Carlyle

After appellant failed to respond to our inquiry regarding the reporter's record, we ordered this appeal submitted without a reporter's record and for appellant's brief to be filed by November 30, 2022. On December 5, 2022, we notified appellant the time for filing appellant's brief had expired and directed appellant to file the brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE


220524F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.A. AND
B.A., CHILDREN

No. 05-22-00524-CV

On Appeal from the 301st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-22-04776.
Opinion delivered by Justice Carlyle.
Justices Garcia and Miskel
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered January 23, 2023